**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**$26,404 IN UNITED STATES
CURRENCY, Defendant,**

and

**Birdie Sampson; Homer Sampson,
Claimants–Appellants.**

No. 00–16400.

D.C. No. CV–99–04564–WHA.

United States Court of Appeals,
Ninth Circuit.

Submitted June 11, 2001 *.

Decided June 21, 2001.

Before O'SCANNLAIN, SILVERMAN, and GOULD, Circuit Judges.

MEMORANDUM **

Birdie and Homer Sampson appeal the district court's default judgment ordered against them in the civil forfeiture action. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion the imposition of a sanction for failure to

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

comply with a district court's discovery order, *see Stars' Desert Inn Hotel & Country Club, Inc. v. Hwang,* 105 F.3d 521, 524 (9th Cir.1997), and we affirm.

The district court did not abuse its discretion by ordering the default judgment because it properly considered all relevant factors before imposing the sanction. *See id.*

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the